GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DIAZ, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware  Corporation, and DOES 1 through 20, inclusive<br><br>                    Defendants. | Case No:<br>Judge:<br>Courtroom<br><br>**DECLARATION OF MATTHEW M. PROUDFOOT IN SUPPORT OF FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446** |

I, Matthew M. Proudfoot, declare as follows:

    1.   I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California, and am a partner with Gates, Gonter, Guy, Proudfoot & Muench, LLP, attorney of record for Defendant Ford Motor Company ("Defendant").  I am a member in good standing with the State Bar of California.  I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if

1

DECLARATION OF MATTHEW M. PROUDFOOT IN SUPPORT OF FORD MOTOR COMPANY'S
NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446

called upon to testify, I could and would competently testify to their truth and accuracy.

2.   This declaration is submitted in support of Ford Motor Company's Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C. §§ 1332, 1441 and 1446.

3.   In executing this declaration, I do not intend, and Ford has not authorized me, to waive any protections or privileges Ford may have as to proprietary, trade secret, and/or confidential information, or to waive Ford's attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation.   I intend only to describe certain factual matters that are pertinent to this declaration.

4.   I have extensive experience litigating consumer, class action, and/or product liability lawsuits throughout California in both state and federal courts.   Towards that end, I am lead trial counsel on a significant number of litigation-related matters on behalf of Ford Motor Company ("Ford"). Specifically, I have represented Ford in hundreds of similarly situated lawsuits (*i.e.* for violations of the Song-Beverly Act, Magnusson-Moss Act, fraud, CLRA and punitive damages, either in whole or in part of such claims).

///

///

///

5.   On July 10, 2020, I received a copy of the Retail Installment Sale Contract ("Sales Contract") in this matter, attached as **Exhibit A** to the Declaration of Matthew Proudfoot in support of Ford's Notice of Removal of Action.

6.   On July 10, 2020, upon receipt of the Sales Contract, I was able to ascertain the amount in controversy and first learned that this case is removable.

7.   Pursuant to the statutory method of calculation above, I calculated Plaintiff's potential damages on his Song-Beverly claims using figures presented in Plaintiff's Sales Contract.

8.   The purchase price of Plaintiff's Super Duty Ford F-250 SRW is $79,285.16. The Prayer for Relief of Plaintiff's complaint alleges that Plaintiff is entitled to actual damages and a civil penalty of up to two times his "actual damages."  As such, taken together, Plaintiff's claimed actual damages and civil penalties sought are **$237,855.48.**

This does not consider the attorneys' fees sought by the Plaintiff under Civil Code § 1794, which is to be included in the amount in controversy calculation.

9.   Plaintiffs' attorneys in Song Beverly cases tried or prepared for trial regularly request more than $65,000 in attorney fees.

10. As evidenced by the Sales Contract (**Exhibit A**) and the vehicle repair orders, which span for about a three year timeframe, (**Exhibit E**), Plaintiff is a resident of California.

11.  At the time Plaintiffs' Complaint was filed, and at the time of this Notice of Removal, Defendant FORD MOTOR COMPANY was a Delaware Corporation with its principal place of business in Dearborn, Michigan.

12.  Attached as **Exhibit B** is a true and correct copy of the Summons and Complaint filed on June 15, 2020 in Riverside Superior Court-Palm Springs Courthouse, Case No. PSC 2002324.

13.  Attached as **Exhibit C** is a true and correct copy of Ford's Answer to Plaintiff's Complaint.

14.  Attached to Ford's Notice of Removal as **Exhibit D** is a true and correct copy of an excerpt from Ford's 10-K filing for the fiscal year ending December 31, 2019, which was downloaded on May 20, 2020 from the 2019 Annual Report posted on Ford's website, http://shareholder.ford.com/reports-and-filings/annual-reports.

15.  Attached as **Exhibit E** are true and correct copies of the repair orders in this action.

16.  Attached as **Exhibit F** is a true and correct copy of Ford's Certificate of Interested Parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

This Declaration is dated this 24th day of July, 2020.

MATTHEW M. PROUDFOOT

4

EXHIBIT "A"

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

## ILAW 553-CA-e 7/16

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE

Dealer Number _____ N/A _____   Contract Number _____ N/A _____   R.O.S. Number _____ N/A _____   Stock Number _____ N/A _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ALBERT J DIAZ 1587 PINE CIRCLE BANNING, CA 92220 RIVERSIDE | N/A | PALM SPRINGS MOTORS INC 69 200 HIGHWAY 111 CATHEDRAL CITY, CA 92234 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New | 2017 | Ford Super Duty F-250 SRW | 29 | 1FT7W2BT4HEC63719 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 32,750.00 is |
|---|---|---|---|---|
| 4.69 % | $ 7,009.22 (e) | $ 39,525.94 (e) | $ 46,535.16 (e) | $ 79,285.16 (e) |

(e) means an estimate

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

#### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| $ _N/A_ Ded. Comp., Fire & Theft | N/A Mos. | $ N/A |
| $ _N/A_ Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury $ _N/A_ Limits | N/A Mos. | $ N/A |
| Property Damage $ _N/A_ Limits | N/A Mos. | $ N/A |
| Medical N/A | N/A Mos. | $ N/A |
| N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer x A _____
Co-Buyer x A _____    N/A
Seller x A _____

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 84 Payments | $ 553.99 | Monthly beginning 01/02/2018 |
| N/A | N/A | N/A |
| One final payment | N/A | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: N/A

True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed Signed electronic form held by RouteOne LLC.

Case 5:20-cv-01478 Document 3 Filed 07/24/20 Page 7 of 62 Page ID #:40

## ...ATION OF THE AMOUNT FINANCED

**Total Cash Price**

| | | | |
|---|---|---|---|
| A. Cash Price of Motor Vehicle and Accessories | | $ 66,245.00 | (A) |
|    1. Cash Price Vehicle | $ 65,895.00 | | |
|    2. Cash Price Accessories | $ 350.00 | | |
|    3. Other (Nontaxable) | | | |
|      Describe N/A | $ N/A | | |
|      Describe N/A | $ N/A | | |
| B. Document Processing Charge (not a governmental fee) | | $ 80.00 | (B) |
| C. Emissions Testing Charge (not a governmental fee) | | $ N/A | (C) |
| D. (Optional) Theft Deterrent Device(s) | | | |
|    1. (paid to) N/A | | $ N/A | (D1) |
|    2. (paid to) N/A | | $ N/A | (D2) |
|    3. (paid to) N/A | | $ N/A | (D3) |
| E. (Optional) Surface Protection Product(s) | | | |
|    1. (paid to) N/A | | $ N/A | (E1) |
|    2. (paid to) N/A | | $ N/A | (E2) |
| F. EV Charging Station (paid to) N/A | | $ N/A | (F) |
| G. Sales Tax (on taxable items in A through F) | | $ 5,140.19 | (G) |
| H. Electronic Vehicle Registration or Transfer Charge | | | |
|    (not a governmental fee) (paid to) GEN SYS SOLUTIONS | | $ 26.00 | (H) |
| I. (Optional) Service Contract(s) | | | |
|    1. (paid to) N/A | | $ N/A | (I1) |
|    2. (paid to) N/A | | $ N/A | (I2) |
|    3. (paid to) N/A | | $ N/A | (I3) |
|    4. (paid to) N/A | | $ N/A | (I4) |
|    5. (paid to) N/A | | $ N/A | (I5) |
| J. Prior Credit or Lease Balance (e) paid by Seller to | | | |
|    Vehicle 1 N/A    Vehicle 2 N/A | | $ N/A | (J) |
|    (see downpayment and trade-in calculation) | | | |
| K. (Optional) Debt Cancellation Agreement | | $ N/A | (K) |
| L. (Optional) Used Vehicle Contract Cancellation Option Agreement | | $ N/A | (L) |
| M. Other (paid to) N/A | | $ N/A | (M) |
|    For N/A | | | |
| N. Other (paid to) N/A | | $ N/A | (N) |
|    For N/A | | | |
| **Total Cash Price** (A through N) | | $ 71,491.19 | (1) |

**2. Amounts Paid to Public Officials**

| | | |
|---|---|---|
| A. Vehicle License Fees | $ 428.00 | (A) |
| B. Registration/Transfer/Titling Fees | $ 348.00 | (B) |
| C. California Tire Fees | $ 8.75 | (C) |
| D. Other N/A | $ 0.00 | (D) |
| **Total Official Fees** (A through D) | $ 784.75 | (2) |

**3. Amount Paid to Insurance Companies**

| | | |
|---|---|---|
| (Total premiums from Statement of Insurance) | $ N/A | (3) |
| **4.** ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee | $ N/A | (4) |
| **5. Subtotal** (1 through 4) | $ 72,275.94 | (5) |

**6. Total Downpayment**

| | | |
|---|---|---|
| A. Total Agreed Value of Property Being Traded-In (see Trade-In Vehicle(s)): | $ N/A | (A) |
|    Vehicle 1 $ N/A Vehicle 2 $ N/A | | |
| B. Total Less Prior Credit or Lease Balance (e) | $ N/A | (B) |
|    Vehicle 1 $ N/A Vehicle 2 $ N/A | | |
| C. Total Net Trade-In (A–B) (indicate if negative number) | $ N/A | (C) |
|    Vehicle 1 $ N/A Vehicle 2 $ N/A | | |
| D. Deferred Downpayment Payable to Seller | $ N/A | (D) |
| E. Manufacturer's Rebate | $ 2,750.00 | (E) |
| F. Other N/A | $ N/A | (F) |
| G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card | $ 30,000.00 | (G) |
| **Total Downpayment** (C through G) | $ 32,750.00 | (6) |
| (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above) | | |
| **Amount Financed** (5 less 6) | $ 39,525.94 | (7) |

---

...RT(S) You want to purchase the service contract(s) written with the following company(ies) for the term(s) and for the charge(s) shown in item 1I.

| | | | | |
|---|---|---|---|---|
| I1 Company N/A | | | | |
| Term N/A | Mos. or | N/A | Miles | |
| I2 Company N/A | | | | |
| Term N/A | Mos. or | N/A | Miles | |
| I3 Company N/A | | | | |
| Term N/A | Mos. or | N/A | Miles | |
| I4 Company N/A | | | | |
| Term N/A | Mos. or | N/A | Miles | |
| I5 Company N/A | | | | |
| Term N/A | Mos. or | N/A | Miles | |
| Buyer X **B** | | N/A | | |

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos.    N/A
                      Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

Buyer Signs X **C**    N/A

### Trade-In Vehicle(s)

**1. Vehicle 1**

| | | |
|---|---|---|
| Year N/A Make N/A | | |
| Model N/A | Odometer N/A | |
| VIN N/A | | |
| a. Agreed Value of Property | $ | N/A |
| b. Buyer/Co-Buyer Retained Trade Equity | $ | N/A |
| c. Agreed Value of Property | | |
|    Being Traded-In (a–b) | $ | N/A |
| d. Prior Credit or Lease Balance | $ | N/A |
| e. Net Trade-In (c–d) (must be ≥ 0 | | |
|    for buyer/co-buyer to retain equity) | $ | N/A |

**2. Vehicle 2**

| | | |
|---|---|---|
| Year N/A Make N/A | | |
| Model N/A | Odometer N/A | |
| VIN N/A | | |
| a. Agreed Value of Property | $ | N/A |
| b. Buyer/Co-Buyer Retained Trade Equity | $ | N/A |
| c. Agreed Value of Property | | |
|    Being Traded-In (a–b) | $ | N/A |
| d. Prior Credit or Lease Balance | $ | N/A |
| e. Net Trade-In (c–d) (must be ≥ 0 | | |
|    for buyer/co-buyer to retain equity) | $ | N/A |

| | | |
|---|---|---|
| **Total Agreed Value of Property** | | |
| **Being Traded-In (1c+2c)** | $ | N/A* |
| **Total Prior Credit or Lease** | | |
| **Balance (1d+2d)** | $ | N/A* |
| **Total Net Trade-In (1e+2e)** | $ | N/A* |
| (*See item 6A–6C in the Itemization of Amount Financed) | | |

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before N/A , Year N/A

SELLER'S INITIALS N/A

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

**Payoff Agreement:** Seller relied on information from you, and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on page 5 of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s) or any refund.

Buyer Signature x **D**     N/A     Co-Buyer Signature x **D**     N/A

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs x **E** _[initials]_     Co-Buyer Signs x **E**     N/A

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on page 5 of this contract giving the Seller the right to cancel if Seller is unable to assign the contract to a financial institution will apply.

Buyer x **E** _[initials]_     Co-Buyer x **F**     N/A

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING:
   YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
   FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
   THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

SS 1 **G** _[initials]_     x **G**     N/A

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

## CREDIT DISABILITY INSURANCE NOTICE
### CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

## IMPORTANT AGREEMENTS

### FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

### YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

---

**GAP LIABILITY NOTICE**

In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional debt cancellation agreement for coverage of the gap amount may be offered for an additional charge.

---

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security interest.**
You give us a security interest in:
  • The vehicle and all parts or goods put on it;
  • All money or goods received (proceeds) for the vehicle;
  • All insurance, maintenance, service, or other contracts we finance for you; and
  • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

---

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.
Default means:
  • You do not pay any payment on time;
  • You give false, incomplete, or misleading information on a credit application;
  • You start a proceeding in bankruptcy or one is started against you or your property;
  • The vehicle is lost, damaged or destroyed; or
  • You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

True and Accurate Completed Copy - UCC Non-Authoritative Copy

T176187747-DP176187748 - This copy was created on Sat Nov 18 08:19:09 GMT 2017

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on page 1 of this contract, not to exceed the highest rate permitted by law, until you pay.

g.  What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4.  **WARRANTIES SELLER DISCLAIMS**
If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

5.  *Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.*
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6.  **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. **You agree that you will within a reasonable time notify us of any change in your name, address, or employment.**

7.  **APPLICABLE LAW**
Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

8.  **WARRANTIES OF BUYER**
You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**Seller's Right to Cancel**

a.  Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take some time for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b.  Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c.  If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d.  While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

T176187747-DP176187748 - This copy was created on Sat Nov 18 08:19:09 GMT 2017

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.

Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.

After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _H [signature]_                              Co-Buyer Signature X _H_        N/A

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

| | |
|---|---|
| **THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION** California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details. | YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED IN COPY WHEN YOU SIGNED IT. |

**Buyer Signature X** _[signature]_    **Date** 11/18/2017    **Co-Buyer Signature X** _N/A_    **Date** _N/A_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

**Other Owner Signature X** N/A                              **Address** N/A

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing. Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

**Guarantor X** N/A                    **Date** N/A          **Guarantor X** N/A                    **Date** N/A

**Address** N/A                                              **Address** N/A

**Seller Signs** PALM SPRINGS MOTORS INC          **Date** 11/18/2017    **By x** _J [signature]_          **Title** Finance Mar

True and Accurate Completed Copy - UCC Non-Authoritative Copy

EXHIBIT "B"

 **CT Corporation**

**Service of Process Transmittal**
06/25/2020
CT Log Number 537848252

**TO:**  Chris Dzbanski
FORD MOTOR COMPANY
1 American Rd Whq 421-E6
Dearborn, MI 48126-2701

**RE:**  **Process Served in California**

**FOR:**  Ford Motor Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALBERT DIAZ, ETC., PLTF. vs. FORD MOTOR COMPANY, ETC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # PSC2002324 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/25/2020 at 12:03 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/26/2020, Expected Purge Date: 07/01/2020<br><br>Image SOP<br><br>Email Notification,  Chris Dzbanski  cdzbansk@ford.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1
through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ALBERT DIAZ, an individual,

<table>
<tr><td>

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*



SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 1 5 2020

C. Martinez
</td></tr>
</table>

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Palm Springs Courthouse

3255 E Tahquitz Canyon Way
Palm Springs, CA. 92262

CASE NUMBER:
*(Número del Caso):* **PSC 2002324**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David N. Barry, Esq. 11845 W. Olympic Blvd., Suite 1270, Los Angeles, CA 90064  (310) 684-5859

| DATE: **JUN 15 2020** | Clerk, by | C. Martinez | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorney for Plaintiff, ALBERT DIAZ

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 0 8 2020

C. Martinez

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE – PALM SPRINGS COURTHOUSE

| | |
|---|---|
| ALBERT DIAZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.<br>**PSC  2 0 0 2 3 2 4**<br><br>**COMPLAINT FOR DAMAGES**<br><br><br><br>*Assigned for all purposes to the Hon.*<br>*in Dept.* |

1. Breach of Implied Warranty of Merchantability under the Song-Beverly Warranty Act.
2. Breach of Express Warranty under the Song-Beverly Warranty Act.

JURY TRIAL DEMANDED.

-1-
**COMPLAINT FOR DAMAGES**

PLAINTIFF ALBERT DIAZ, an individual, hereby alleges and complains as follows:

**GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

1.    Defendant, FORD MOTOR COMPANY (hereinafter referred to as "Manufacturer"), is a corporation doing business in the County of Riverside, State of California, and, at all times relevant herein, was/is engaged in the manufacture, sale, distribution, and/or importing of Ford motor vehicles and related equipment.

2.    The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants, Does 1 through 20, inclusive, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to set forth their true names and capacities when they have ascertained them. Further, Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as a "Doe" is responsible in some manner for the events and happenings herein referred to and caused injury and damage to Plaintiff as herein alleged.

3.    Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, Defendants, and each of them, were the agents, servants, and/or employees of each of their Co-Defendants. Plaintiff is informed and believes, and thereon alleges, that in doing the things hereinafter alleged Defendants, and each of them, were acting in the course and scope of their employment as such agents, servants, and/or employees, and with the permission, consent, knowledge, and/or ratification of their Co-Defendants, principals, and/or employers.

4.    On or about October 18, 2017, defendants Manufacturer and Does 1 through 20 inclusive, manufactured and/or distributed into the stream of commerce a new 2017 Ford Super Duty F-250 SRW, VIN 1FT7W2BT4HEC63719 (hereinafter referred to as the "Vehicle") for its eventual sale/lease in the State of California.

5.    On or about November 18, 2017, Plaintiff purchased, for personal, family, and/or household purposes, the new subject Vehicle from the Seller. The purchase agreement is in the possession of Defendants.

6.    The subject Vehicle was/is a "new motor vehicle" under the Song-Beverly Warranty Act.

1      7.    Along with the purchase of the Vehicle, Plaintiff received written warranties and other

2      express and implied warranties including, but not limited to, warranties from Manufacturer and

3      Seller that the Vehicle and its components would be free from all defects in material and

4      workmanship; that the Vehicle would pass without objection in the trade under the contract

5      description; that the Vehicle would be fit for the ordinary purposes for which it was intended; that

6      the Vehicle would conform to the promises and affirmations of fact made; that Defendants, and

7      each of them, would perform any repairs, alignments, adjustments, and/or replacements of any

8      parts necessary to ensure that the Vehicle was free from any defects in material and workmanship;

9      that Defendants, and each of them, would maintain the utility of the Vehicle for Three (3) years or

10      36,000 miles and would conform the Vehicle to the applicable express warranties. (A copy of the

11      written warranty is in the possession of the Defendants).

12      8. Plaintiff has duly performed all the conditions on Plaintiff's part under the purchase

13      agreement and under the express and implied warranties given to plaintiff, except insofar as the

14      acts and/or omissions of the Defendants, and each of them, as alleged herein, prevented and/or

15      excused such performance.

16      9.    Plaintiff has delivered the Vehicle to the Manufacturer's authorized service and repair

17      facilities, agents and/or dealers, including Seller, on at least Two (2) separate occasions resulting in

18      the Vehicle being out of service by reason of repair of nonconformities. Repair Orders/Invoices are

19      in the possession of Defendants.

20      10.    By way of example, and not by way of limitation, the defects, malfunctions, mis

21      adjustments, and/or nonconformities with Plaintiff's Vehicle include the following: Plaintiff has

22      submitted the subject Vehicle for defects and malfunctions, specifically for issues with

23      steering/suspension issues on at least Two (2) occasions, Recall #18S45 for Engine Block Heater

24      Wire Assembly, Recall #19G01 for Engine Block Heater Cord Replacement, TSB #19-2392 for

25      Steering Damper Replacement, and Recall #19S52 for Carpet Shielding and Insulation Rework.

26      11.    Each time Plaintiff delivered the nonconforming Vehicle to a Manufacturer-

27      authorized service and repair facility, Plaintiff notified Defendants, and each of them, of the

28      defects, malfunctions, mis adjustments, and/or nonconformities existent with the Vehicle and

1   demanded that Manufacturer or its representatives repair, adjust, and/or replace any necessary parts
2   to conform the Vehicle to the applicable warranties.

3       12.     Each time Plaintiff delivered the nonconforming Vehicle to a Manufacturer-
4   authorized service and repair facility, Defendants, and each of them, represented to Plaintiff that
5   they could and would conform the Vehicle to the applicable warranties, that in fact they did
6   conform the Vehicle to said warranties, and that all the defects, malfunctions, mis adjustments,
7   and/or nonconformities have been repaired; however, Manufacturer or its representatives failed to
8   conform the Vehicle to the applicable warranties because said defects, malfunctions, mis
9   adjustments, and/or nonconformities continue to exist even after a reasonable number of attempts
10  to repair was given.

11      13.     The amount in controversy exceeds TWENTY-FIVE THOUSAND DOLLARS
12  ($25,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against
13  Defendants, together with equitable relief.  In addition, Plaintiff seeks damages from Defendants,
14  and each of them, for incidental, consequential, exemplary, and actual damages including interest,
15  costs, and actual attorneys' fees.

16                              **FIRST CAUSE OF ACTION**

17      **Breach of Implied Warranty of Merchantability under Song-Beverly Warranty Act**

18                              **Against all Defendants**

19      14.     Plaintiff realleges each and every paragraph (1-13) and incorporates them by this
20  reference as though fully set forth herein.

21      15.     The distribution and sale of the Vehicle was accompanied by the Manufacturer
22  implied warranty that the Vehicle was merchantable.

23      16.     Furthermore, Defendants, and each of them, impliedly warranted, inter alia, that the
24  Vehicle would pass without objection in the trade under the contract description; that the Vehicle
25  was fit for the ordinary purposes for which it was intended; that the Vehicle was adequately
26  assembled; and/or that the Vehicle conformed to the promises or affirmations of fact made to
27  Plaintiff.

28      17.     As evidenced by the defects, malfunctions, mis adjustments, and/or nonconformities

-4-
**COMPLAINT FOR DAMAGES**

alleged herein, the Vehicle was not merchantable because it did not have the quality that a buyer would reasonably expect, because it could not pass without objection in the trade under the contract description; because it was not fit for the ordinary purposes for which it was intended; because it was not adequately assembled; and/or because it did not or could not be conformed to the promises or affirmations of fact made to Plaintiff.

18.     Upon discovery of the Vehicle's nonconformities, Plaintiff took reasonable steps to notify Defendants, and each of them, within a reasonable time that the Vehicle did not have the quality that a buyer would reasonably expect and, further, justifiably revoked acceptance of the nonconforming Vehicle.

19.     Plaintiff hereby gives written notice and justifiably revokes acceptance of the nonconforming Vehicle under the Commercial Code sections 2607 and 2608. Plaintiff further demands that the Manufacturer cancel the sale, take back the nonconforming Vehicle, refund all the money expended, pay the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted, and/or pay damages under the Commercial Code sections 2711, 2714, and 2715. Defendants, and each of them, have, however, refused to comply.

20.     Plaintiff hereby gives written notice and makes demand upon Manufacturer for replacement or restitution, pursuant to Song-Beverly. Defendants, and each of them, knew of their obligations under Song-Beverly; however, despite Plaintiff's demand, Defendants and each of them, have intentionally failed and refused to make restitution or replacement pursuant to Song-Beverly.

21.     As a result of the acts and/or omissions of the Defendants, and each of them, Plaintiff has sustained damage in the amount actually paid or payable under the contract, plus prejudgment interest thereon at the legal rate. Plaintiff will seek leave to amend this Complaint to set forth the exact amount thereof when that amount is ascertained.

22.     As a further result of the actions of Defendants, and each of them, Plaintiff has sustained incidental and consequential damages in an amount yet to be determined, plus interest thereon at the legal rate. Plaintiff will seek leave to amend this Complaint to set forth the exact

1  amount of incidental damages when that amount is ascertained.

2      23.    As a further result of the actions of Defendants, and each of them, Plaintiff has

3  sustained damages equal to the difference between the value of the Vehicle as accepted and the

4  value the Vehicle would have had if it had been as warranted.

5      24.    As a direct result of the acts and/or omissions of Defendants, and each of them, and

6  in pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to

7  Song-Beverly, Plaintiff, in addition to his other remedies, is entitled to the recovery of her

8  attorneys' fees based upon actual time expended and reasonably incurred, in connection with the

9  commencement and prosecution of this action.

10                          **SECOND CAUSE OF ACTION**

11          **Breach of Express Warranty under Song-Beverly Warranty Act**

12                               **Against all Defendants**

13      25.    Plaintiff realleges each and every paragraph (1-24) and incorporates them by this

14  reference as though fully set forth herein.

15      26.    The Vehicle had defects, malfunctions, mis adjustments, and/or nonconformities

16  covered by the warranty that substantially impaired its value, use, or safety to Plaintiff.

17      27.    Plaintiff delivered the Vehicle to Manufacturer or its authorized repair facilities for

18  repair.

19      28.    Defendants, and each of them, failed to service or repair the Vehicle to match the

20  written warranty after a reasonable number of opportunities to do so.

21      29.    The acts and/or omissions of Defendants, and each of them, in failing to perform the

22  proper repairs, part replacements, and/or adjustments, to conform the Vehicle to the applicable

23  express warranties constitute a breach of the express warranties that the Manufacturer provided to

24  Plaintiff, thereby breaching Defendants' obligations under Song-Beverly.

25      30.    Defendants, and each of them, failed to perform the necessary repairs and/or service

26  in good and workmanlike manner. The actions taken by Defendants, and each of them, were

27  insufficient to make the Subject Vehicle conform to the express warranties and/or proper

28  operational characteristics of like Vehicles, all in violation of Defendants' obligations under Song-

1   Beverly.

2       31.    Plaintiff hereby gives written notice and makes demand upon Manufacturer for

3   replacement or restitution, pursuant to Song-Beverly.  Defendants and each of them, knowing their

4   obligations under Song-Beverly, and despite Plaintiff's demand, failed and refused to make

5   restitution or replacement according to the mandates of Song-Beverly.  The failure of Defendants,

6   and each of them, to refund the price paid and payable or to replace the Vehicle was intentional and

7   justifies an award of a Civil Penalty in an amount not to exceed two times Plaintiff's actual

8   damages.

9       32.    As a result of the acts and/or omissions of Defendants, and each of them, and

10  pursuant to the provisions of the Song-Beverly, Plaintiff is entitled to replacement of the Vehicle or

11  restitution of the amount actually paid or payable under the contract, at Plaintiff's election, plus

12  prejudgment interest thereon at the legal rate. Plaintiff will seek leave of Court to amend this

13  Complaint to set forth the exact amount of restitution and interest, upon election, when that amount

14  has been ascertained.

15      33.    Additionally, as a result of the acts and/or omissions of Defendants, and each of

16  them, and pursuant to Song-Beverly, Plaintiff has sustained and is entitled to consequential and

17  incidental damages in amounts yet to be determined, plus interest thereon at the legal rate. Plaintiff

18  will seek leave of the court to amend this complaint to set forth the exact amount of consequential

19  and/or incidental damages, when those amounts have been ascertained.

20      34.    As a direct result of the acts and/or omissions of Defendants, and each of them, and

21  in pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to

22  Song-Beverly, Plaintiff, in addition to other remedies, is entitled to the recovery of his attorneys'

23  fees based upon actual time expended and reasonably incurred, in connection with the

24  commencement and prosecution of this action.

25  ///

26  ///

27  ///

28  ///

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against all Defendants, and each of them, as follows:

    A. For replacement or restitution, at Plaintiff's election, according to proof;

    B. For incidental damages, according to proof;

    C. For consequential damages, according to proof;

    D. For a civil penalty as provided in Song-Beverly, in an amount not to exceed two times the amount of Plaintiff's actual damages;

    E. For actual attorney's fees, reasonably incurred;

    F. For costs of suit and expenses, according to proof;

    G. For the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted;

    H. For remedies provided in Chapters 6 and 7 of Division 2 of the Commercial Code;

    I. For pre-judgment interest at the legal rate;

    J. Such other relief the Court deems appropriate.

Date:  May 11, 2020

                           THE BARRY LAW FIRM

                           By

                           DAVID N. BARRY, ESQ.
                           Attorney for Plaintiff,
                           ALBERT DIAZ

**COMPLAINT FOR DAMAGES**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
3255 E. Tahquitz Cyn Way
Palm Springs, CA  92262
www.riverside.courts.ca.gov

NOTICE OF DEPARTMENT ASSIGNMENT FOR ALL PURPOSES
AND NOTICE OF CASE MANAGEMENT CONFERENCE

DIAZ VS FORD MOTOR COMPANY

CASE NO. PSC2002324

This case is assigned to the Honorable Judge David M. Chapman in Department PS2 for all purposes, including trial.

The Case Management Conference is scheduled for 12/14/20 at  8:30 in Department PS2.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6  shall be filed in accordance with that section. The court follows California Rules of Court, Rule 3.1308(a) (1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the Internet by 3:00 pm on the court day immediately before the hearing at <http://www.riverside.courts.ca.gov/tentativerulings.shtml>. If you do not have internet access, you may obtain the tentative ruling by telephone at (760)904-5722.

To request oral argument, not later than 4:30 pm on the court day before the hearing you must (1) notify the judicial secretary at (760)904-5722 and (2) inform all other parties. If no request for oral argument is made by 4:30 pm, the tentative ruling will become the final ruling on the matter effective the date of the hearing.

Requests for accommodations can be made by submitting Judicial Council form MC-410 no fewer than five court days before the hearing. See California Rules of Court, rule 1.100.

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the foregoing NOTICE on this date, by depositing said copy as stated above.

Date: 06/15/20

cdacmc
12/8/19

Court Executive Officer/Clerk

by: _____

CINDY MARTINEZ, Deputy Clerk

EXHIBIT "C"

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, FORD MOTOR COMPANY


SUPERIOR COURT OF CALIFORNIA – COUNTY OF RIVERSIDE
PALM SPRINGS DISTRICT
UNLIMITED JURISDICTION

| | |
|---|---|
| ALBERT DIAZ, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware<br>Corporation, and DOES 1 through<br>20, inclusive<br><br>                    Defendants.<br>_____ | )Case No: PSC 2002324<br>)Judge: David M. Chapman<br>)Dept: PS2<br>)<br>)<br>)<br>)**FORD MOTOR COMPANY'S ANSWER TO**<br>)**COMPLAINT**<br>)<br>)<br>)Complaint Filed: June 8, 2020<br>)Trial Date: None<br>) |

   Defendant, FORD MOTOR COMPANY hereby responds to Plaintiff's Complaint herein, as follows.

<u>**GENERAL DENIAL**</u>

   1.   Pursuant to California Code of Civil Procedure § 431.30, Defendant herein denies each and every allegation in the Complaint and further denies that Plaintiff has been damaged in any sum whatsoever.

///

///

///

1

### FIRST AFFIRMATIVE DEFENSE

#### (Failure To State A Cause Of Action)

2.   Plaintiff's Complaint, and each cause of action and count thereof, fails to state sufficient facts to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

#### (Disclaimer of Warranties)

3.   Plaintiff's cause of action for breach of express warranty and incidental and consequential damages is barred by the express disclaimers and limitations of liability contained in the alleged express warranties.

### THIRD AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

4.   Any cause of action alleged in the Complaint is barred by the statutes of limitations contained in the Code of Civil Procedure, specifically § 337, 338, 338.1, 339, 340, 343, Civil Code § 1783, Business and Professions Code §17208, and Commercial Code § 2725.

### FOURTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate Damages)

5.   If Plaintiff sustained any damages as alleged in the Complaint, that damage was proximately caused and contributed to by Plaintiff in failing to mitigate damages.  Plaintiff's failure to mitigate damages diminishes any recovery herein.

### FIFTH AFFIRMATIVE DEFENSE

#### (Failure of Performance)

6.   Defendant is informed and believes and based thereon alleges that any failure to perform the obligations as described in the Complaint resulted from Plaintiff's failure to perform as

FORD MOTOR COMPANY'S ANSWER TO COMPLAINT

required by the contract and/or warranty.  Performance on Plaintiff's part of his obligations was a condition precedent to the performance of Defendant's obligations.

### SIXTH AFFIRMATIVE DEFENSE

#### (Alteration of Product)

7.    The vehicle was not defective or in an unmerchantable condition when it left the possession, custody and control of the manufacturer.  Any damage to the subject automobile was caused and created by changes and alterations made to the vehicle, subsequent to the vehicle's manufacture and/or sale, by persons other than the manufacturer or any of its agents, servants, or employees, thereby barring Plaintiff's recovery herein.

### SEVENTH AFFIRMATIVE DEFENSE

#### (Failure to State Cause of Action for Civil Penalties)

8.    The Complaint fails to state sufficient facts to warrant the imposition of civil penalties because it was believed that replacement or repurchase of the subject vehicle was not appropriate under the circumstances then known.

### EIGHTH AFFIRMATIVE DEFENSE

#### (Abuse or Failure to Maintain)

9.    The Plaintiff is barred from recovery by virtue of Civil Code § 1794.3 since the claimed defect or nonconformity was caused by the unauthorized or unreasonable use of the vehicle following sale.

### NINTH AFFIRMATIVE DEFENSE

#### (Civil Code § 1791.1(c)-Implied Warranty)

10.    Each and every cause of action based upon breach of implied warranty is barred by virtue of Civil Code § 1791.1(c).

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Provide Reasonable Opportunity to Repair)

11.   Plaintiff is precluded from any recovery pursuant to the Song-Beverly Consumer Warranty Act as Plaintiff failed and refused to provide a reasonable opportunity to repair.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Qualified Third Party Dispute Resolution Process)

12.   Defendant maintains a third party dispute resolution process which substantially complies with Civil Code § 1793.22. Defendant is informed and believes, and based thereon alleges, that Plaintiff received timely and appropriate notice of the availability of the process.  Plaintiff is therefore barred from asserting the presumptions set forth in Civil Code § 1793.22 and from recovering civil penalties pursuant to Civil Code § 1794(e).

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Provide Notice)

13.   Defendant is informed and believes, and based thereon alleges, that Plaintiff failed to provide notice to this answering Defendant pursuant to Civil Code § 1794(e)(3).  Plaintiff is therefore barred from asserting the presumptions set forth in Civil Code § 1793.22 and from recovering civil penalties pursuant to Civil Code § 1794(e).

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Due Process)

14.   The civil penalty provisions of Civil Code § 1794(c) and (e) violate the Due Process clause of the United States Constitution and the California Constitution.

4

1

<u>**FOURTEENTH AFFIRMATIVE DEFENSE**</u>

2

(<u>**Revocation Not Effective**</u>)

3    15.   Any purported revocation of acceptance was not made

4  within a reasonable time nor before a substantial change in the

5  condition of the vehicle which was not caused by any alleged defects.

6

7

<u>**PRAYER**</u>

8    WHEREFORE, Defendant FORD MOTOR COMPANY prays as follows:

9    1.   That Plaintiff takes nothing by way of his Complaint on

10  file herein;

11    2.   That judgment be entered in favor of Defendant for attorney

12  fees and costs of suit; and,

13    3.   For such other and further relief as the Court may deem

14  just and proper.

15

16  Dated:   July 24, 2020          GATES, GONTER, GUY,
                                     PROUDFOOT & MUENCH, LLP
17

18                                  By: _____
                                         MATTHEW M. PROUDFOOT
19                                  Attorneys for Defendant, FORD MOTOR
                                    COMPANY
20

21

22

23

24

25

26

27

28

5

_____
                  FORD MOTOR COMPANY'S ANSWER TO COMPLAINT

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

On **July 24, 2020**, I served the foregoing document described as **FORD MOTOR COMPANY'S ANSWER TO COMPLAINT** on the interested parties in this action as set forth on the attached service list in the following manner:

( )          **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )          **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

( )          **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

( )          **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

(xxx)        **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to **dbarry@mylemonrights.com; equinn@mylemonrights.com; lpascal@mylemonrights.com; cshumake@mylemonrights.com; mhoerman@mylemonrights.com; jtemplin@mylemonrights.com; ahernandez@mylemonrights.com; vsalazar@mylemonrights.com**  pursuant to Civil Procedure §1010.6(a)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **July 24, 2020**, at Irvine, California.

_____
Heidi Dufour

*****************************************************************************

<u>SERVICE LIST</u>

**ATTORNEY FOR PLAINTIFF**
David N. Barry
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270w
Los Angeles CA 90064

GATES, GONTER, GUY,
PROUDFOOT & MUENCH LLP
38 DISCOVERY, SUITE 200
IRVINE, CA 92618
(949) 753-0255

1

EXHIBIT "D"

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

**FORM 10-K**

☑ Annual report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934
**For the fiscal year ended December 31, 2019**

or

☐ Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934
For the transition period from _____ to _____
**Commission file number 1-3950**

# Ford Motor Company

*(Exact name of Registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **38-0549190** |
| *(State of incorporation)* | *(I.R.S. Employer Identification No.)* |
| **One American Road** | |
| **Dearborn, Michigan** | **48126** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**313-322-3000**
*(Registrant's telephone number, including area code)*

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading symbols | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $.01 per share | F | New York Stock Exchange |
| 6.200% Notes due June 1, 2059 | FPRB | New York Stock Exchange |
| 6.000% Notes due December 1, 2059 | FPRC | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark if the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐
Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☑

As of June 28, 2019, Ford had outstanding 3,918,987,194 shares of Common Stock and 70,852,076 shares of Class B Stock. Based on the New York Stock Exchange Composite Transaction closing price of the Common Stock on that date ($10.23 per share), the aggregate market value of such Common Stock was $40,091,238,995. Although there is no quoted market for our Class B Stock, shares of Class B Stock may be converted at any time into an equal number of shares of Common Stock for the purpose of effecting the sale or other disposition of such shares of Common Stock. The shares of Common Stock and Class B Stock outstanding at June 28, 2019 included shares owned by persons who may be deemed to be "affiliates" of Ford. We do not believe, however, that any such person should be considered to be an affiliate. For information concerning ownership of outstanding Common Stock and Class B Stock, see the Proxy Statement for Ford's Annual Meeting of Stockholders currently scheduled to be held on May 14, 2020 (our "Proxy Statement"), which is incorporated by reference under various Items of this Report as

As of January 31, 2020, Ford had outstanding 3,894,078,249 shares of Common Stock and 70,852,076 shares of Class B Stock. Based on the New York Stock Exchange Composite Transaction closing price of the Common Stock on that date ($8.82 per share), the aggregate market value of such Common Stock was $34,345,770,156.

## DOCUMENTS INCORPORATED BY REFERENCE

| Document | Where Incorporated |
|---|---|
| Proxy Statement* | Part III (Items 10, 11, 12, 13, and 14) |

_____

\*    As stated under various Items of this Report, only certain specified portions of such document are incorporated by reference in this Report.

Exhibit Index begins on page

84

EXHIBIT "E"



**PalmSpringsMotors**

Ford | Lincoln | Mazda | Quick Lane | AUTO BODY

Palm Springs Ford Lincoln Mazda
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

| | |
|---|---|
| R/O Open Date | R/O Number |
| 4/29/20 | 755551/2 |
| R/O Close Date | Status |
| 5/01/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 35671 | 35791 |
| Service Advisor / Tag # | |
| GENARO RODRIGUE/6603 | |

SERVICE DEPARTMENT HOURS
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| 480-940-1986 | 1FT7W2BT4HEC63719 |
| Home Phone | Delivery Date | In-Service Date |
| 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| CUSTOMER APPROVED VEHICLE TO BE DRIVING EXTEND IT DRIVE 12:15PM 04/30/20 | |
| Please Note: CREATED 2020-04-28 02:22:00PM TAKEN BY WALTER GALB RAITH | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE.. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |





NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

# PalmSpringsMotors

Palm Springs Ford Lincoln Mazda
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

| | |
|---|---|
| R/O Open Date | R/O Number |
| 4/29/20 | 755551/1 |
| R/O Close Date | Status |
| 5/01/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 35671 | 35791 |
| Service Advisor / Tag # | |
| GENARO RODRIGUE/6603 | |

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| 480-940-1986 | 1FT7W2BT4HEC63719 |
| Home Phone | Delivery Date | In-Service Date |
| 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 951-840-7239  Email: ALBERTJDIAZ@AOL.COM | |
| | |
| #1 - S16: GENERAL REPAIRS | |
| CUSTOMER STATES WHEN DRIVING VEHICLE 70 MPH WHEN HITTING POT HOLE STEERING WHEEL GETS LOSING AND SMALL SHAKE | |
| Tech: KEN STOCK        (977) | Warranty |
| TEST DROVE VEHICLE VERIFY SHAKE OVER BUMPS AT HWY SPEEDS. PERFORM FOUR WHEEL ROAD FORCE AND WHEEL RUN-OUT TO FIND FRONTS BOTH AT 0.016 AND 0.0.018 AND BALANCE IS OK. REAR WHEELS ARE 0.007 AND 0.0012 ALL PASS. BALANCE REAR WHEELS AND ROAD TEST TO BANNING OVER BUMPS, PASSED. | |
| 1.5 | |
| | |
| #2 - 99P: 99P - MULTIPOINT VEHICLE CHECK UP, SET AND DOCUMENT TIRE PRESSURE IN ALLTIRES | |
| MULTI POINT INSPECTION | |
| Tech: KEN STOCK        (977) | Internal |
| FRONT 60 PSI REAR 65 PSI | |
| | |
| #3 - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION | |
| | |
| #4 - WASH: SERVICE COURTESY WASH | |
| | |
| #5 * ADD: ADD ON LINE | |
| ADDED OPERATION | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2018 DEALERTRACK TECHNOLOGIES • Dealership Application Group

# REPAIR ORDER - AUDIT

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA 92220-1134

| | |
|---|---|
| **Work Phone** | 480-940-1986 |
| **Home Phone** | 951-840-7239 |
| **Body** | |

| **R/O Open Date** | 12/04/19 |
| **R/O Close Date** | 12/18/19 |
| **Mileage In** | 29633 |

| **R/O Number** | 745281/1 |
| **Receipt No** | Original |
| **Mileage Out** | 29657 |

| YEAR | MAKE | Model | License Number | Service Advisor | |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | NICK THRON | 1979 |

| Vehicle Identification Number | Color | Account No | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1FT7W2BT4HEC63719 | SHADOW_BLA | | 11/18/17 | |

```
Cell: 951-840-7239  Email: ALBERTJDIAZ@AOL.COM

#1 - MR Customer Reports:  CUSTOMER STATES VEHICLE HAS A
             DEATH WOBBLE. CHECK AND ADVISE.
      Work by Tech 977/5278          0.00hrs @
      Work by Tech 977/5278*         1.00hrs
      TEST DROVE VEHICLE ON HIGHWAY TO VERIFY WOBBLE TO
      FIND VEICLE SHAKES BADLY AT 40 MPH AND UP.
      PERFORM FOUR WHEEL ROAD FORCE AND WHEEL RUN-OUT
      AND ALL PASS BUT ARE BADLY OUT OF BALANCE,
      PERFORM FOUR WHEEL BALANCE ROAD TESTA AGAIN AND
      PASSED.
      BEFORE L/F 0.017 R/F 0.11 L/R 0.025 R/R 0.012.
      BALANCE BEFORE L/F 4.25 OZ. R/F 4.7 OZ,L/R 4.0
      OZ, R/R 1.75 OZ.
      1.5
---------------------------------------------------------
#2 - MR RECALL: ENTER RECALL AND DESCRIPTION
      RECALL #18S45
      ENGINE BLOCK HEATER WIRE ASSEMBLY - WATER
      INTRUSION OR CORROSION
      Work by Tech 977/5278          0.00hrs @
      SEE LINE 3 FOR CORD REPLACEMENT RECALL 19G01
---------------------------------------------------------
#3 - MR RECALL: ENTER RECALL AND DESCRIPTION
      RECALL # 19G01
      ENGINE BLOCK HEATER CORD REPLACEMENT
        Caused by
        recall 19g01
      Work by Tech 977/5278          0.00hrs @
      Corrected by 19G01L:
      Work by Tech 977/5278      0.70hrs @ 133.00
      KC3Z 6B018 C : WIRE ASY             1@49.25
      REPLACE BLOCK HEAT CORD ASSEMBLY AS PER RECALL
      19G01.
---------------------------------------------------------
#4 - MR D99PV2: DIESEL VEHICLE CHECK UP
```

| | I | 29.00 | | 27.00 |
|---|---|---|---|---|
| | I | | | |
| | W | | | |
| | | 93.10 | | 18.90 |
| | | 49.25 | | 35.18 |
| | I | | | |

| | INTERNAL | SERVICE CONT. | WARRANTY | CUSTOMER | COST |
|---|---|---|---|---|---|
| **LABOR** | | | | | |
| **PARTS** | | | | | |
| **DEDUCTIBLE** | | | | | |
| **SUBLET** | | | | | |
| **SHOP SUPPLIES** | | | | | |
| **HAZARDOUS MATERIALS** | | | | | |
| **SALES TAX OR TAX I.D.** | | | | | |
| **SPECIAL ORDER DEPOSIT** | | | | | |
| **DISCOUNTS** | | | | | |

# REPAIR ORDER - AUDIT

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| Work Phone | R/O Open Date | R/O Number |
|---|---|---|
| 480-940-1986 | 12/04/19 | 745281/2 |
| Home Phone | R/O Close Date | Receipt No |
| 951-840-7239 | 12/18/19 | Original |
| Body | Mileage In | Mileage Out |
| | 29633 | 29657 |

| YEAR | MAKE | Model | License Number | Service Advisor | |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | NICK THRON    1979 | |
| Vehicle Identification Number | Color | Account No | Delivery Date | In-Service Date | |
| 1FT7W2BT4HEC63719 | SHADOW_BLA | | 11/18/17 | | |

```
      Work by Tech 977/5278            0.00hrs @
      P-99 60 PSI FRONT 65 PSI REAR
--------------------------------------------------------
#5 - MR NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION
      Work by Tech 977/5278            0.00hrs @
      SERVICE COMPLETE ON 12/9/19
--------------------------------------------------------
#6 - MR WASH: SERVICE COURTESY WASH
--------------------------------------------------------
#7 * MR RENTAL: ENTERPRISE RENT-A-CAR
      ADDED OPERATION
      Caused by
      ENTERPRISE VEHICLE 5 DAYS 1FATP8UH3K5162417
      $150.00
      Work by Tech 996/996             0.00hrs @
--------------------------------------------------------
      Line  1  12/06/19  Tech 977   Start 11:26  End 13:10
      Line  3  12/06/19  Tech 977   Start  9:32  End 11:26
      Line  3  12/09/19  Tech 977   Start  8:20  End  9:07
```

| Account | Description | Control | Reference | Amount |
|---|---|---|---|---|
| 157200 | SLS-SRV LBR W&P CLM-FRD | 745281 | 745281 | -93.10 |
| 114400 | INV-LABOR IN PROCESS | 977 | 745281 | -18.90 |
| 167200 | CST-SRV LBR W&P CLM-FRD | 745281 | 745281 | 18.90 |
| 154600 | SLS-PRT W&P CLM R/O-FRD | 745281 | 745281 | -49.25 |
| 164600 | CST-PRT W&P CLM R/O-FRD | 745281 | 745281 | 35.18 |
| 114000 | INV-PARTS FORD | 745281 | 745281 | -35.18 |
| 157300 | SLS-SRV LBR INTERNAL-FRD | 745281 | 745281 | -29.00 |
| 114400 | INV-LABOR IN PROCESS | 977 | 745281 | -27.00 |
| 167300 | CST-SRV LBR INTERNAL-FRD | 745281 | 745281 | 27.00 |
| 111400 | FORD REC-W & P CLAIMS | 745281 | 745281 | 142.35 |
| 177500 | SRV-POLICY ADJUSTMENT | C63719 | 745281 | 29.00 |

| | INTERNAL | SERVICE CONT. | WARRANTY | CUSTOMER | COST |
|---|---|---|---|---|---|
| LABOR | 29.00 | | 93.10 | | 45.90 |
| PARTS | | | 49.25 | | 35.18 |
| DEDUCTIBLE | | | | | |
| SUBLET | | | | | |
| SHOP SUPPLIES | | | | | |
| HAZARDOUS MATERIALS | | | | | |
| SALES TAX OR TAX I.D. | | | | | |
| SPECIAL ORDER DEPOSIT | | | | | |
| DISCOUNTS | | | | | |
| | 29.00 | | 142.35 | | 81.08 |

# WARRANTY REPAIR ORDER

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| Work Phone | R/O Open Date | R/O Number |
|---|---|---|
| 480-940-1986 | 12/04/19 | 745281/1 |
| **Home Phone** | **R/O Close Date** | **Cross Reference** |
| 951-840-7239 | 12/18/19 | Original |
| **Body** | **Mileage In** | **Mileage Out** |
| | 29633 | 29657 |

| YEAR | MAKE | Model | License Number | Service Advisor |
|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | NICK THRON |
| **Vehicle Identification Number** | | **Color** | **Delivery Date** | **In-Service Date** |
| 1FT7W2BT4HEC63719 | | SHADOW_BLA | 11/18/17 | |

| DESCRIPTION OF SERVICE AND PARTS | COST | AMOUNT |
|---|---|---|
| Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM | | |

```
#3 - MR RECALL: ENTER RECALL AND DESCRIPTION
     RECALL # 19G01
     ENGINE BLOCK HEATER CORD REPLACEMENT
     Cause: recall 19g01
     Tech: 977/5278                  0.00hrs @
     Op: 19G01L:
     Tech: 977/5278                  0.70hrs @ 133.0        18.90        93.10
     Part: KC3Z 6B018 C :WIRE ASY              1            35.18        49.25
              Sub-Total Labor:     18.90     93.10
              Sub-Total Parts:     35.18     49.25
              Sub-Total:           54.08    142.35
     REPLACE BLOCK HEAT CORD ASSEMBLY AS PER RECALL
     19G01.
-----------------------------------------------------
     Line   3  12/06/19  Tech 977  Start  9:32  End 11:26   Hours   1      90
     Line   3  12/09/19  Tech 977  Start  8:20  End  9:07   Hours          80
```

| ACCOUNT # | LABOR | | 18.90 | 93.10 |
|---|---|---|---|---|
| | **PARTS** | | 35.18 | 49.25 |
| **METHOD** | **SUBLET** | | | .00 |
| | **SHOP SUPPLIES** | | | .00 |
| | **SALES TAX OR TAX I.D.** | | | .00 |
| **RECEIPT #** | **DEDUCTIBLE** | | | .00 |
| | **TOTAL DUE** | | 54.08 | 142.35 |

**SIGNATURE**    X_____

15:30

| | | Home Phone | R/O Open Date | R/O Number |
|---|---|---|---|---|
| DIAZ, ALBERT J | | 951-840-7239 | 12/04/19 | 745281 |
| 1587 PINE CIR | | Work Phone | Time Received | Time Promised |
| BANNING, CA  92220-1134 | | 480-940-1986 | 8:19 | 12/04 15:30 |
| | | Key Tag # | Current Mileage | Mileage Out |
| | | 8423 | 29633 | 657 |

| Year | Make | Model | Body | Engine Code | Service Advisor |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | 6.7L_V8 | NICK THRON |
| Vehicle Identification Number | | Color | License Number | Delivery Date | In-Service Date |
| 1FT7W2BT4HEC63719 | | SHADOW_BLA | | 11/18/17 | |

Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM                 66670

BASE CARE 36000 or 11/18/22 Ded 100

---

#1 - Customer Reports:                                                      W
      CUSTOMER STATES VEHICLE HAS A DEATH WOBBLE. CHECK          W
      AND ADVISE.                                                               W
              19.2274      3E651

#2 - RECALL: ENTER RECALL AND DESCRIPTION                      W
      RECALL #18S45   - plug                                                W
      ENGINE BLOCK HEATER WIRE ASSEMBLY - WATER          W
      INTRUSION OR CORROSION                                             W

#3 - RECALL: ENTER RECALL AND DESCRIPTION                      W
      RECALL # 19G01                                                             W
      ENGINE BLOCK HEATER CORD REPLACEMENT                    W

#4 - D99PV2: DIESEL VEHICLE CHECK UP                                    C
                                                    Estimate:    .00        .00

#5 - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION          C
                                                    Estimate:    .00        .00

#6 - WASH: SERVICE COURTESY WASH                                          C
              60/65                             Estimate:    .00        .00

SCANNED

I hereby authorize the repair work above to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipment by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

Any warranties on products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it liability in connection with the sale of said products.  Any Limitations contained herein does not apply where prohibited by law.

Customer Signature

| DIAZ, ALBERT J | | | Home Phone | R/O Open Date | R/O Number |
|---|---|---|---|---|---|
| 1587 PINE CIR | | | 951-840-7239 | 12/04/19 | 745281 |
| BANNING, CA   92220-1134 | | | Work Phone | Time Received | Time Promised |
| | | | 480-940-1986 | 8:19 | 12/04 15:30 |
| | | | Key Tag # | Current Mileage | Mileage Out |
| | | | 8423 | 29633 | |

| Year | Make | Model | Body | Engine Code | Service Advisor |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | 6.7L_V8 | NICK THRON |
| **Vehicle Identification Number** | | **Color** | **License Number** | **Delivery Date** | **In-Service Date** |
| 1FT7W2BT4HEC63719 | | SHADOW_BLA | | 11/18/17 | |

Original Estimate:                     .00

SCANNED



"I hereby authorize the repair work above to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipment by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

Any warranties on products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it liability in connection with the sale of said products. Any limitations contained herein does not apply where prohibited by law.

Customer Signature

# PalmSpringsMotors

Ford | LINCOLN | Mazda | MegaDrive | Quick Lane | AUTO BODY

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

| | | |
|---|---|---|
| **R/O Open Date** | | **R/O Number** |
| 12/04/19 | | 745281/1 |
| **R/O Close Date** | | **Status** |
| 12/09/19 | | Pre-Invoice |
| **Mileage In** | | **Mileage Out** |
| 29633 | | 29657 |

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

**Service Advisor / Tag #**
NICK THRON/8423

| DIAZ, ALBERT J | **Work Phone** | **Vehicle Identification Number** |
|---|---|---|
| 1587 PINE CIR | 480-940-1986 | 1FT7W2BT4HEC63719 |
| BANNING, CA  92220-1134 | **Home Phone** | **Delivery Date** | **In-Service Date** |
| | 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM | |

#1 - Customer Reports:
    CUSTOMER STATES VEHICLE HAS A DEATH WOBBLE. CHECK
    AND ADVISE.
    Tech: KEN STOCK          (977)
    TEST DROVE VEHICLE ON HIGHWAY TO VERIFY WOBBLE TO
    FIND VEICLE SHAKES BADLY AT 40 MPH AND UP.
    PERFORM FOUR WHEEL ROAD FORCE AND WHEEL RUN-OUT
    AND ALL PASS BUT ARE BADLY OUT OF BALANCE,
    PERFORM FOUR WHEEL BALANCE ROAD TESTA AGAIN AND
    PASSED.
    BEFORE L/F 0.017 R/F 0.11 L/R 0.025 R/R 0.012.
    BALANCE BEFORE L/F 4.25 OZ. R/F 4.7 OZ,L/R 4.0
    OZ, R/R 1.75 OZ.
    1.5

**Warranty**

#2 - RECALL: ENTER RECALL AND DESCRIPTION
    RECALL #18S45
    ENGINE BLOCK HEATER WIRE ASSEMBLY - WATER
    INTRUSION OR CORROSION
    Tech: KEN STOCK          (977)
    SEE LINE 3 FOR CORD REPLACEMENT RECALL 19G01

**Warranty**

#3 - RECALL: ENTER RECALL AND DESCRIPTION
    RECALL # 19G01
    ENGINE BLOCK HEATER CORD REPLACEMENT

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

# PalmSpringsMotors

Ford | LINCOLN | Mazda | Quick Lane | AUTO BODY

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

| | |
|---|---|
| **R/O Open Date** 12/04/19 | **R/O Number** 745281/2 |
| **R/O Close Date** 12/09/19 | **Status** Pre-Invoice |
| **Mileage In** 29633 | **Mileage Out** 29657 |
| **Service Advisor / Tag #** NICK THRON/8423 | |

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| | |
|---|---|
| **Work Phone** 480-940-1986 | **Vehicle Identification Number** 1FT7W2BT4HEC63719 |
| **Home Phone** 951-840-7239 | **Delivery Date** 11/18/17 | **In-Service Date** |

| Year | Make | Model | Body | Color | License Number |
|------|------|-------|------|-------|----------------|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Caused by recall 19g01<br>Tech: KEN STOCK          (977)<br>Installed KC3Z 6B018 C :WIRE ASY        Qty: 1<br>REPLACE BLOCK HEAT CORD ASSEMBLY AS PER RECALL<br>19G01. | Warranty<br>Warranty |
| #4 - D99PV2: DIESEL VEHICLE CHECK UP<br>Tech: KEN STOCK          (977)<br>P-99 60 PSI FRONT 65 PSI REAR | Internal |
| #5 - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION<br>Tech: KEN STOCK          (977)<br>SERVICE COMPLETE ON 12/9/19 | Internal |
| #6 - WASH: SERVICE COURTESY WASH | |
| #7 * RENTAL: ENTERPRISE RENT-A-CAR<br>ADDED OPERATION | |

SCANNED

177310    29.00

ACCT _____  AMT _____

ACCT _____  AMT _____

AUTH BY

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

(X) _____



**PalmSpringsMotors**

Ford · Lincoln · Mazda · Quick Lane · Auto Body

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102 • Fax: (760) 328-5092

BAR# ARD003521
EPA# CAD981573991

| SERVICE DEPARTMENT HOURS | | |
|---|---|---|
| | R/O Open Date | R/O Number |
| | 12/04/19 | 745281/1 |
| 7:00 a.m. to 5:30 p.m. | Time Received | Time Promised |
| Monday - Friday | 8:19 | 12/04 15:30 |
| 7:00 a.m. to 3:00 p.m. Saturday | Current Mileage | Mileage Out |
| | 29633 | |
| Estimate of Repairs | Service Advisor / Key Tag # | |
| | NICK THRON/8423 | |

| DIAZ, ALBERT J | Work Phone | Vehicle Identification Number |
|---|---|---|
| 1587 PINE CIR | 480-940-1986 | 1FT7W2BT4HEC63719 |
| BANNING, CA 92220-1134 | Home Phone | Delivery Date | In-Service Date |
| | 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW_BLA | |

Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM

BASE CARE 36000 or 11/18/22 Ded 100

```
#1 - Customer Reports:                                              W
      CUSTOMER STATES VEHICLE HAS A DEATH WOBBLE. CHECK             W
      AND ADVISE.                                                   W

#2 - RECALL: ENTER RECALL AND DESCRIPTION                          W
      RECALL #18S45                                                 W
      ENGINE BLOCK HEATER WIRE ASSEMBLY - WATER                     W
      INTRUSION OR CORROSION                                        W

#3 - RECALL: ENTER RECALL AND DESCRIPTION                          W
      RECALL # 19G01                                                W
      ENGINE BLOCK HEATER CORD REPLACEMENT                          W

#4 - D99PV2: DIESEL VEHICLE CHECK UP                                C
                                   Estimate:      .00        .00

#5 - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION                 C
                                   Estimate:      .00        .00

#6 - WASH: SERVICE COURTESY WASH                                    C
                                   Estimate:      .00        .00
```

SCANNED

---

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE

"I hereby authorize the repair work above to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter.  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES.

Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  Any limitation contained herein does not apply where prohibited by law.

X _____

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

| DIAZ, ALBERT J<br>1587 PINE CIR<br>BANNING, CA 92220-1134 | Home Phone<br>951-840-7239 | R/O Open Date<br>4/22/20 | R/O Number<br>755125 |
|---|---|---|---|
| | Work Phone<br>480-940-1986 | Time Received<br>8:13 | Time Promised<br>4/22 13:00 |
| | Key Tag #<br>6967 | Current Mileage<br>35427 | Mileage Out<br>442 |

| Year | Make | Model | Body | Engine Code | Service Advisor |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | 6.7L V8 | GENARO RODR |

| Vehicle Identification Number | Color | License Number | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1FT7W2BT4HEC63719 | SHADOW BLA | | 11/18/17 | |

Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM

BASE CARE 36000 or 11/18/22 Ded 100

SCANNED

#1 - S16: GENERAL REPAIRS
     CUSTOMER STATES WHILE DRIVING AND HITS POTHOLES
     STEERING WHEEL STARTS SHAKING DEATH WOBBLE   4 8564  55M

     29633
     19-2392 - TSB

W
W
W

#2 - 99P: 99P - MULTIPOINT VEHICLE CHECK UP, SET AND DOCUMEN
     T TIRE PRESSURE IN ALLTIRES  60/65
     MULTI POINT INSPECTION                    Estimate:    .00      .00

C
C
C
C

#3 - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION
                                              Estimate:    .00      .00

C

#4 - WASH: SERVICE COURTESY WASH
                                              Estimate:    .00      .00

C

#5 - RECALL: ENTER RECALL AND DESCRIPTION
     RECALL
     19S52 CARPET SHIELDING AND INSULATION REWORK
CREATED 2020-04-17 03:36:00PM TAKEN BY GENARO (JUN
IOR) RODRIGUEZ

W
W
W

6. works

                                              Original Estimate:    .00

     A1  NO
     A2  yes
     A3  NO

"I hereby authorize the repair work above la be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I thereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

Any warranties on products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it liability in connection with the sale of said products. Any Limitations contained herein does not apply where prohibited by law.

Customer Signature

# PalmSpringsMotors

Ford | Lincoln | Mazda | Quick Lane | AUTO BODY

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD063521
EPA# CAD981573991

| | | |
|---|---|---|
| **SERVICE DEPARTMENT HOURS** | **R/O Open Date** 4/22/20 | **R/O Number** 755125/3 |
| 7:00 a.m. to 5:30 p.m. | **R/O Close Date** 4/24/20 | **Status** Pre-Invoice |
| Monday - Friday | **Mileage In** 35427 | **Mileage Out** 35442 |
| 7:00 a.m. to 3:00 p.m. Saturday | **Service Advisor / Tag #** GENARO RODRIGUE/6967 | |

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| DIAZ, ALBERT J | 480-940-1986 | 1FT7W2BT4HEC63719 |
| 1587 PINE CIR | Home Phone | Delivery Date / In-Service Date |
| BANNING, CA 92220-1134 | 951-840-7239 | 11/18/17 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| ADJUST TIRE PRESSURES AND INSPECT | |
| 0.9 | |
| Sub Total: 132.94 | |

Please Note: CREATED 2020-04-17 03:36:00PM TAKEN BY GENARO (JUNIOR) RODRIGUEZ

*SCANNED*

OAR_____ DISC_____

COUPON_____

PAY TYPE _Visa_ AMT _#141³⁴_

DATE _4/24/20_ INITIALS _JR_

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | 36.95 |
| PARTS | 95.99 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 8.40 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 141.34 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X _____

© 2016 DEALERTRACK TECHNOLOGIES •Dealership Application Group

# WARRANTY REPAIR ORDER

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA 92220-1134

| | | | | | |
|---|---|---|---|---|---|
| **Work Phone** | | **R/O Open Date** | **R/O Number** | | |
| 480-940-1986 | | 4/22/20 | 755125/1 | | |
| **Home Phone** | | **R/O Close Date** | **Cross Reference** | | |
| 951-840-7239 | | 4/24/20 | Original | | |
| **Body** | | **Mileage In** | **Mileage Out** | | |
| | | 35427 | 35442 | | |

| YEAR | MAKE | Model | License Number | Service Advisor | |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | GENARO RODRIG | |
| **Vehicle Identification Number** | | **Color** | | **Delivery Date** | **In-Service Date** |
| 1FT7W2BT4HEC63719 | | SHADOW_BLA | | 11/18/17 | |

| DESCRIPTION OF SERVICE AND PARTS | COST | AMOUNT |
|---|---|---|

```
Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM

#1 - MR S16: GENERAL REPAIRS
      CUSTOMER STATES WHILE DRIVING AND HITS POTHOLES
      STEERING WHEEL STARTS SHAKING DEATH WOBBLE
      Cause: 3E651,   42
      Tech: 977/5278               0.00hrs @
      Op: 3651A: (N24) (42) DAMPER ASSEMBLY - STEERING
           - REPLACE (3E651) - L
      Tech: 977/5278               0.40hrs @ 140.7      11.20      56.31
      Part: KC3Z 3E651 B (FP):DAMPER ASY
                             1                           41.83      80.73
           Sub-Total Labor:    11.20      56.31
           Sub-Total Parts:    41.83      80.73
           Sub-Total:          53.03     137.04
      TEST DROVE VEHICLE AND UNABLE TO VERIFY DEATH
      WOBBLE OVER BUMPS. VERIFY VEHICLE HAS SLIGHT
      VIBRATION/OSCILLATION   AT 45 MPH AND UP. INSPECT
      STEERING AND SUSPENSION, PASSED.PERFORM FRONT
      TIRE ROAD FORCE AND WHEEL RUN OUT, PASSED, BEFORE
      L/F 0.005 R/F 0.016, RE-BALANCE FRONT WHEELS AS
      PER SSM48564 FOLLOW SERVICE MANUAL PROCEDURES
      PPTA1 PASSED PPTA2 YES, PPTA3 NO, PPTA4   PERFORM
      STEERING DAMPER   LASH TEST ON DAMPER, FAILED. AS
      PER TSB#19-2392 REPLACE DAMPER FOR THIS ISSUE
      POST ROAD TEST PASSED.
----------------------------------------------------  -----------  -------
#5 - MR RECALL: ENTER RECALL AND DESCRIPTION
      RECALL
      19S52 CARPET SHIELDING AND INSULATION REWORK
      Cause: 19S52 RECALL
      Tech: 977/5278               0.00hrs @
      Op: 19S52B:
      Tech: 977/5278               0.70hrs @ 140.7      19.60      98.54
      ALLOWANCE 1                                                   2.00
           Sub-Total Labor:    19.60      98.54
           Sub-Total Parts:               2.00
           Sub-Total:          19.60     100.54
      TRIM SOUND DEADENER FROM B-PILLAR TRIM PANEL AND
      APPLY FOIL TAPE TO CARPET EDGE BOTH SIDES AS PER
      RECALL 19S52
```

| ACCOUNT # | | LABOR | |
|---|---|---|---|
| | | PARTS | |
| METHOD | | SUBLET | |
| | | SHOP SUPPLIES | |
| | | SALES TAX OR TAX I.D. | |
| RECEIPT # | | DEDUCTIBLE | |
| | | TOTAL DUE | |

**SIGNATURE**   X_____

# WARRANTY REPAIR ORDER

| | | | | | |
|---|---|---|---|---|---|
| | | | **Work Phone** | **R/O Open Date** | **R/O Number** |
| DIAZ, ALBERT J | | | 480-940-1986 | 4/22/20 | 755125/2 |
| 1587 PINE CIR | | | **Home Phone** | **R/O Close Date** | **Cross Reference** |
| BANNING, CA  92220-1134 | | | 951-840-7239 | 4/24/20 | Original |
| | | | **Body** | **Mileage In** | **Mileage Out** |
| | | | | 35427 | 35442 |

| **YEAR** | **MAKE** | **Model** | **License Number** | **Service Advisor** | |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | GENARO RODRIG | |
| **Vehicle Identification Number** | | **Color** | | **Delivery Date** | **In-Service Date** |
| 1FT7W2BT4HEC63719 | | SHADOW_BLA | | 11/18/17 | |

| **DESCRIPTION OF SERVICE AND PARTS** | **COST** | **AMOUNT** |
|---|---|---|
| Line  1   4/23/20   Tech 977   Start 12:57   End 17:30     Hours   4 | | 60 |
| Line  5   4/24/20   Tech 977   Start  7:39   End  8:59     Hours   1 | | 30 |

| **ACCOUNT #** | **LABOR** | 30.80 | 154.85 |
|---|---|---|---|
| | **PARTS** | 41.83 | 82.73 |
| **METHOD** | **SUBLET** | | .00 |
| | **SHOP SUPPLIES** | | .00 |
| | **SALES TAX OR TAX I.D.** | | .00 |
| **RECEIPT #** | **DEDUCTIBLE** | | .00 |
| | **TOTAL DUE** | 72.63 | 237.58 |

**SIGNATURE**   X_____

# REPAIR ORDER - AUDIT

| | Work Phone | R/O Open Date | R/O Number |
|---|---|---|---|
| DIAZ, ALBERT J<br>1587 PINE CIR<br>BANNING, CA  92220-1134 | 480-940-1986 | 4/22/20 | 755125/1 |
| | Home Phone | R/O Close Date | Receipt No |
| | 951-840-7239 | 4/24/20 | Original |
| | Body | Mileage In | Mileage Out |
| | | 35427 | 35442 |

| YEAR | MAKE | Model | License Number | Service Advisor |
|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | GENARO RODRIGUEZ  1987 |
| Vehicle Identification Number | | Color | Account No | Delivery Date | In-Service Date |
| 1FT7W2BT4HEC63719 | | SHADOW_BLA | | 11/18/17 | |

```
Cell: 951-840-7239  Email: ALBERTJDIAZ@AOL.COM

#1 - MR S16: GENERAL REPAIRS                                   W
     CUSTOMER STATES WHILE DRIVING AND HITS POTHOLES
     STEERING WHEEL STARTS SHAKING DEATH WOBBLE
       Caused by
       3E651,  42
     Work by Tech 977/5278           0.00hrs @
     Corrected by 3651A: (N24) (42) DAMPER ASSEMBLY -
          STEERING - REPLACE (3E651) - L
     Work by Tech 977/5278           0.40hrs @ 140.77         56.31          11.20
     KC3Z 3E651 B (FP): DAMPER ASY      1@80.73               80.73          41.83
     TEST DROVE VEHICLE AND UNABLE TO VERIFY DEATH
     WOBBLE OVER BUMPS. VERIFY VEHICLE HAS SLIGHT
     VIBRATION/OSCILLATION  AT 45 MPH AND UP. INSPECT
     STEERING AND SUSPENSION, PASSED.PERFORM FRONT
     TIRE ROAD FORCE AND WHEEL RUN OUT, PASSED, BEFORE
     L/F 0.005 R/F 0.016, RE-BALANCE FRONT WHEELS AS
     PER SSM48564 FOLLOW SERVICE MANUAL PROCEDURES
     PPTA1 PASSED PPTA2 YES, PPTA3 NO, PPTA4  PERFORM
     STEERING DAMPER  LASH TEST ON DAMPER, FAILED. AS
     PER TSB#19-2392 REPLACE DAMPER FOR THIS ISSUE
     POST ROAD TEST PASSED.
-----------------------------------------------------         --             --
#2 - MR 99P: 99P - MULTIPOINT VEHICLE CHECK UP, SET AND        C
          DOCUMEN T TIRE PRESSURE IN ALLTIRES
     MULTI POINT INSPECTION
     Work by Tech 821/3469           0.00hrs @
     P-99 60 PSI FRONT 65 PSI REAR
-----------------------------------------------------         --             --
#3 - MR NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION         C
     Work by Tech 821/3469           0.00hrs @
     SERVICE COMPLETE 04/24/20
-----------------------------------------------------         --             --
#4 - MR WASH: SERVICE COURTESY WASH                            C
-----------------------------------------------------         --             --
#5 - MR RECALL: ENTER RECALL AND DESCRIPTION                   W
```

| | INTERNAL | SERVICE CONT. | WARRANTY | CUSTOMER | COST |
|---|---|---|---|---|---|
| LABOR | | | | | |
| PARTS | | | | | |
| DEDUCTIBLE | | | | | |
| SUBLET | | | | | |
| SHOP SUPPLIES | | | | | |
| HAZARDOUS MATERIALS | | | | | |
| SALES TAX OR TAX I.D. | | | | | |
| SPECIAL ORDER DEPOSIT | | | | | |
| DISCOUNTS | | | | | |
| | | | | | |

# REPAIR ORDER - AUDIT

| | | | Work Phone | R/O Open Date | R/O Number |
|---|---|---|---|---|---|
| | | | 480-940-1986 | 4/22/20 | 755125/2 |
| DIAZ, ALBERT J | | | Home Phone | R/O Close Date | Receipt No |
| 1587 PINE CIR | | | 951-840-7239 | 4/24/20 | Original |
| BANNING, CA 92220-1134 | | | Body | Mileage In | Mileage Out |
| | | | | 35427 | 35442 |

| YEAR | MAKE | Model | License Number | Service Advisor | |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | GENARO RODRIGUEZ   1987 | |

| Vehicle Identification Number | Color | Account No | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1FT7W2BT4HEC63719 | SHADOW_BLA | | 11/18/17 | |

```
RECALL
19S52 CARPET SHIELDING AND INSULATION REWORK
  Caused by
  19S52 RECALL
Work by Tech 977/5278          0.00hrs @                          98.54              19.60
Corrected by 19S52B:                                              2.00
Work by Tech 977/5278          0.70hrs @ 140.77
ALLOWANCE 1
TRIM SOUND DEADENER FROM B-PILLAR TRIM PANEL AND
APPLY FOIL TAPE TO CARPET EDGE BOTH SIDES AS PER
RECALL 19S52
--------------------------------------------------------        --------   C  ----------
#6 * MR WRKD: THE WORKS DIESEL OIL AND FILTER CHANGE, TIRE
        ROTAT ION AND MULTI-POINT INSPECTION
  ADDED OPERATION
Work by Tech 977/5278*          0.90hrs                           36.95              25.20
BC3Z 6731 B : KIT - ELEMENT & GASKET - OIL 1@29.43               29.43              13.41
XO 10W30 DSD : MOTORCRAFT SAE 10W-30 WSS-M 13@5.12              66.56              45.11
PERFORM LUB OIL AND FILTER SERVICE TOP FLUIDS
ADJUST TIRE PRESSURES AND INSPECT
0.9
--------------------------------------------------------        --------   --  ----------
  Line   1   4/23/20   Tech 977   Start 12:57   End 17:30         Hours              4.60
  Line   5   4/24/20   Tech 977   Start  7:39   End  8:59         Hours              1.30
```

| Account | Description | Control | Re | ference | Amount |
|---|---|---|---|---|---|
| 157000 | SLS-SRV LBR R/O-FRD | 755125 | | 755125 | -36.95 |
| 114400 | INV-LABOR IN PROCESS | 977 | | 755125 | -25.20 |
| 167000 | CST-SRV LBR R/O-FRD | 755125 | | 755125 | 25.20 |
| 154300 | SLS-PARTS R/O-FRD | 755125 | | 755125 | -66.56 |
| 164300 | CST-PARTS R/O-FRD | 755125 | | 755125 | 45.11 |
| 114000 | INV-PARTS FORD | 755125 | | 755125 | -45.11 |
| 154300 | SLS-PARTS R/O-FRD | 755125 | | 755125 | -29.43 |
| 164300 | CST-PARTS R/O-FRD | 755125 | | 755125 | 13.41 |
| 114000 | INV-PARTS FORD | 755125 | | 755125 | -13.41 |
| 111250 | CREDIT CARD RECEIVABLES | *CCARD | | 755125 | 141.34 |
| 121500 | SALES & USE TAX | 755125 | | 755125 | -8.40 |

| | INTERNAL | SERVICE CONT. | WARRANTY | CUSTOMER | COST |
|---|---|---|---|---|---|
| LABOR | | | | | |
| PARTS | | | | | |
| DEDUCTIBLE | | | | | |
| SUBLET | | | | | |
| SHOP SUPPLIES | | | | | |
| HAZARDOUS MATERIALS | | | | | |
| SALES TAX OR TAX I.D. | | | | | |
| SPECIAL ORDER DEPOSIT | | | | | |
| DISCOUNTS | | | | | |
| | | | | | |
| | | | | | |

# REPAIR ORDER - AUDIT

| | | |
|---|---|---|
| **Work Phone** | **R/O Open Date** | **R/O Number** |
| 480-940-1986 | 4/22/20 | 755125/3 |
| **Home Phone** | **R/O Close Date** | **Receipt No** |
| 951-840-7239 | 4/24/20 | Original |
| **Body** | **Mileage In** | **Mileage Out** |
| | 35427 | 35442 |

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| YEAR | MAKE | Model | License Number | Service Advisor | |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | GENARO RODRIGUEZ  1987 | |
| **Vehicle Identification Number** | | **Color** | **Account No** | **Delivery Date** | **In-Service Date** |
| 1FT7W2BT4HEC63719 | | SHADOW_BLA | | 11/18/17 | |

| | | | | |
|---|---|---|---|---|
| 157200 | SLS-SRV LBR W&P CLM-FRD | 755125 | 755125 | -154.85 |
| 114400 | INV-LABOR IN PROCESS | 977 | 755125 | -30.80 |
| 167200 | CST-SRV LBR W&P CLM-FRD | 755125 | 755125 | 30.80 |
| 154600 | SLS-PRT W&P CLM R/O-FRD | 755125 | 755125 | -80.73 |
| 164600 | CST-PRT W&P CLM R/O-FRD | 755125 | 755125 | 41.83 |
| 114000 | INV-PARTS FORD | 755125 | 755125 | -41.83 |
| 154600 | SLS-PRT W&P CLM R/O-FRD | 755125 | 755125 | -2.00 |
| 111400 | FORD REC-W & P CLAIMS | 755125 | 755125 | 237.58 |

| | INTERNAL | SERVICE CONT. | WARRANTY | CUSTOMER | COST |
|---|---|---|---|---|---|
| **LABOR** | | | 154.85 | 36.95 | 56.00 |
| **PARTS** | | | 82.73 | 95.99 | 100.35 |
| **DEDUCTIBLE** | | | | | |
| **SUBLET** | | | | | |
| **SHOP SUPPLIES** | | | | | |
| **HAZARDOUS MATERIALS** | | | | | |
| **SALES TAX OR TAX I.D.** | | | | 8.40 | |
| **SPECIAL ORDER DEPOSIT** | | | | | |
| **DISCOUNTS** | | | | | |
| Paid by CREDIT CARD 024481 | | | 237.58 | 141.34 | 156.35 |



  

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

SERVICE DEPARTMENT HOURS
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 4/22/20 | 755125/3 |
| R/O Close Date | Status |
| 4/24/20 | Final |
| Mileage In | Mileage Out |
| 35427 | 35442 |
| Service Advisor / Tag # | |
| GENARO RODRIGUE/6967*W* | |

| DIAZ, ALBERT J | Work Phone | Vehicle Identification Number |
|---|---|---|
| 1587 PINE CIR | 480-940-1986 | 1FT7W2BT4HEC63719 |
| BANNING, CA  92220-1134 | Home Phone | Delivery Date | In-Service Date |
| | 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| ADDED OPERATION | |
| Tech: KEN STOCK          (977) | 36.95 |
| Installed BC3Z 6731 B :KIT - ELEMENT & GASKET - OI    1@29.43 | 29.43 |
| Installed XO 10W30 DSD :MOTORCRAFT SAE 10W-30 WSS-    13@5.12 | 66.56 |
| PERFORM LUB OIL AND FILTER SERVICE TOP FLUIDS | |
| ADJUST TIRE PRESSURES AND INSPECT | |
| 0.9 | |
|      Sub Total: 132.94 | |

Please Note: CREATED 2020-04-17 03:36:00PM TAKEN BY GENARO (JUN
            IOR) RODRIGUEZ

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. *I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.*

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | 36.95 |
|---|---|
| PARTS | 95.99 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 8.40 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 141.34 |

CREDIT CARD  024481              141.34



NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2016  DEALERTRACK TECHNOLOGIES - Dealership Application Group

# PalmSpringsMotors

Ford | Lincoln | Mazda | Quick Lane | AUTO BODY

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 4/22/20 | 755125/1 |
| R/O Close Date | Status |
| 4/24/20 | Final |
| Mileage In | Mileage Out |
| 35427 | 35442 |

| Service Advisor / Tag # |
|---|
| GENARO RODRIGUE/6967*W* |

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| | 480-940-1986 | 1FT7W2BT4HEC63719 |
| | Home Phone | Delivery Date | In-Service Date |
| | 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM | |

**#1 - S16: GENERAL REPAIRS**
CUSTOMER STATES WHILE DRIVING AND HITS POTHOLES
STEERING WHEEL STARTS SHAKING DEATH WOBBLE
Caused by
3E651,  42
Tech: KEN STOCK            (977)                                  Warranty
Corrected by (N24) (42) DAMPER ASSEMBLY - STEERING -
REPLACE (3E651) - L                                         Warranty
Tech: KEN STOCK            (977)                                  Warranty
Installed KC3Z 3E651 B (FP):DAMPER ASY      Qty: 1
TEST DROVE VEHICLE AND UNABLE TO VERIFY DEATH
WOBBLE OVER BUMPS. VERIFY VEHICLE HAS SLIGHT
VIBRATION/OSCILLATION  AT 45 MPH AND UP. INSPECT
STEERING AND SUSPENSION, PASSED.PERFORM FRONT
TIRE ROAD FORCE AND WHEEL RUN OUT, PASSED, BEFORE
L/F 0.005 R/F 0.016, RE-BALANCE FRONT WHEELS AS
PER SSM48564 FOLLOW SERVICE MANUAL PROCEDURES
PPTA1 PASSED PPTA2 YES, PPTA3 NO,PPTA4  PERFORM
STEERING DAMPER  LASH TEST ON DAMPER, FAILED. AS
PER TSB#19-2392 REPLACE DAMPER FOR THIS ISSUE
POST ROAD TEST PASSED.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**#2 - 99P: 99P - MULTIPOINT VEHICLE CHECK UP, SET AND DOCUMENT**
TIRE PRESSURE IN ALLTIRES
MULTI POINT INSPECTION

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

# PalmSpringsMotors

Ford | LINCOLN | Mazda | Quick Lane | AUTO BODY

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

| | |
|---|---|
| **R/O Open Date** 4/22/20 | **R/O Number** 755125/2 |
| **R/O Close Date** 4/24/20 | **Status** Final |
| **Mileage In** 35427 | **Mileage Out** 35442 |

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

**Service Advisor / Tag #**
GENARO RODRIGUE/6967*W*

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA  92220-1134

| **Work Phone** 480-940-1986 | **Vehicle Identification Number** 1FT7W2BT4HEC63719 |
|---|---|
| **Home Phone** 951-840-7239 | **Delivery Date** 11/18/17 | **In-Service Date** |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Tech: OMAR RODRIGUEZ        (821) <br> P-99 60 PSI FRONT 65 PSI REAR <br>   Sub Total: .00 | |
| #3 - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION <br> Tech: OMAR RODRIGUEZ        (821) <br> SERVICE COMPLETE 04/24/20 <br>   Sub Total: .00 | |
| #4 - WASH: SERVICE COURTESY WASH <br>   Sub Total: .00 | |
| #5 - RECALL: ENTER RECALL AND DESCRIPTION <br> RECALL <br> 19S52 CARPET SHIELDING AND INSULATION REWORK <br>   Caused by <br>   19S52 RECALL <br> Tech: KEN STOCK            (977) <br> Corrected by <br> Tech: KEN STOCK            (977) <br> ALLOWANCE 1 <br> TRIM SOUND DEADENER FROM B-PILLAR TRIM PANEL AND <br> APPLY FOIL TAPE TO CARPET EDGE BOTH SIDES AS PER <br> RECALL 19S52 | Warranty <br><br> Warranty <br> Warranty |
| #6 * WRKD: THE WORKS DIESEL OIL AND FILTER CHANGE, TIRE <br>         ROTATION AND MULTI-POINT INSPECTION | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2018, DEALERTRACK TECHNOLOGIES - Dealership Application Group

# REPAIR ORDER - AUDIT

DIAZ, ALBERT J
1587 PINE CIR
BANNING, CA 92220-1134

| | |
|---|---|
| **Work Phone** | 480-940-1986 |
| **R/O Open Date** | 4/29/20 |
| **R/O Number** | 755551/1 |
| **Home Phone** | |
| **R/O Close Date** | 5/04/20 |
| **Receipt No** | Original |
| 951-840-7239 | |
| **Body** | |
| **Mileage In** | 35671 |
| **Mileage Out** | 35791 |

| YEAR | MAKE | Model | License Number | Service Advisor |
|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | GENARO RODRIGUEZ  1987 |

| Vehicle Identification Number | Color | Account No | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1FT7W2BT4HEC63719 | SHADOW_BLA | | 11/18/17 | |

Cell: 951-840-7239  Email: ALBERTJDIAZ@AOL.COM

```
#1 - MR S16: GENERAL REPAIRS
     CUSTOMER STATES WHEN DRIVING VEHICLE 70 MPH WHEN
     HITTING POT HOLE STEERING WHEEL GETS LOSING AND
     SMALL SHAKE
     Work by Tech 977/5278          0.00hrs @
     TEST DROVE VEHICLE VERIFY SHAKE OVER BUMPS AT HWY
     SPEEDS. PERFORM FOUR WHEEL ROAD FORCE AND WHEEL
     RUN-OUT TO FIND FRONTS BOTH AT 0.016 AND 0.0.018
     AND BALANCE IS OK. REAR WHEELS ARE 0.007 AND
     0.0012 ALL PASS. BALANCE REAR WHEELS AND ROAD
     TEST TO BANNING OVER BUMPS, PASSED.
     1.5
----------------------------------------------------
#2 - MR 99P: 99P - MULTIPOINT VEHICLE CHECK UP, SET AND
             DOCUMEN T TIRE PRESSURE IN ALLTIRES
     MULTI POINT INSPECTION
     Work by Tech 977/5278          0.00hrs @
     FRONT 60 PSI REAR 65 PSI
----------------------------------------------------
#3 - MR NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION
----------------------------------------------------
#4 - MR WASH: SERVICE COURTESY WASH
----------------------------------------------------
#5 * MR ADD: ADD ON LINE
     ADDED OPERATION
     CUSTOMER APPROVED VEHICLE TO BE DRIVING EXTEND IT
     DRIVE 12:15PM 04/30/20
----------------------------------------------------
#6 * MR FORDLOAN: PSM FORD RENTAL VEHICLE
     ADDED OPERATION

  Account   Description           Control   Re    ference    Amount
  *VOID                           755551          755551
```

| | INTERNAL | SERVICE CONT. | WARRANTY | CUSTOMER | COST |
|---|---|---|---|---|---|
| **LABOR** | | | | | |
| **PARTS** | | | | | |
| **DEDUCTIBLE** | | | | | |
| **SUBLET** | | | | | |
| **SHOP SUPPLIES** | | | | | |
| **HAZARDOUS MATERIALS** | | | | | |
| **SALES TAX OR TAX I.D.** | | | | | |
| **SPECIAL ORDER DEPOSIT** | | | | | |
| **DISCOUNTS** | | | | | |

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028

| DIAZ, ALBERT J<br>1587 PINE CIR<br>BANNING, CA 92220-1134 | Home Phone<br>951-840-7239 | R/O Open Date<br>4/29/20 | R/O Number<br>755551 |
|---|---|---|---|
| | Work Phone<br>480-940-1986 | Time Received<br>12:25 | Time Promised<br>4/29 17:00 |
| | Key Tag #<br>6603 | Current Mileage<br>35671 | Mileage Out<br>79/ |

| Year | Make | Model | Body | Engine Code | Service Advisor |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | 6.7L V8 | GENARO RODR |

| Vehicle Identification Number | Color | License Number | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1FT7W2BT4HEC63719 | SHADOW_BLA | | 11/18/17 | |

Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM

BASE CARE 36000 or 11/18/22 Ded 100

#1 - S16: GENERAL REPAIRS                                         W
    CUSTOMER STATES WHEN DRIVING VEHICLE 70 MPH WHEN             W
    HITTING POT HOLE STEERING WHEEL GETS LOSING AND             W
    SMALL SHAKE                                                  W

#2 - 99P: 99P - MULTIPOINT VEHICLE CHECK UP, SET AND DOCUMEN     C
    T TIRE PRESSURE IN ALLTIRES                                  C
    MULTI POINT INSPECTION                                       C
                                        Estimate:    .00    .00

#3 - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION             C
                                        Estimate:    .00    .00

#4 - WASH: SERVICE COURTESY WASH                                C
                                        Estimate:    .00    .00
CREATED 2020-04-28 02:22:00PM TAKEN BY WALTER GALB
RAITH

                                Original Estimate:         .00



I hereby authorize the repair work above to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipment say the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs therein.
Any warranties on products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.
(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800)945-1028

Customer Signature

# PalmSpringsMotors

Ford | LINCOLN | Mazda | Quick Lane | AUTO BODY

**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

| | |
|---|---|
| **R/O Open Date** | **R/O Number** |
| 4/29/20 | 755551/1 |
| **R/O Close Date** | **Status** |
| 5/04/20 | Pre-Invoice |
| **Mileage In** | **Mileage Out** |
| 35671 | 35791 |

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

**Service Advisor / Tag #**
GENARO RODRIGUE/6603

| | | | |
|---|---|---|---|
| DIAZ, ALBERT J | **Work Phone** | **Vehicle Identification Number** | |
| 1587 PINE CIR | 480-940-1986 | 1FT7W2BT4HEC63719 | |
| BANNING, CA  92220-1134 | **Home Phone** | **Delivery Date** | **In-Service Date** |
| | 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 951-840-7239   Email: ALBERTJDIAZ@AOL.COM | 0.5 |
| | |
| **#1** - S16: GENERAL REPAIRS | |
| CUSTOMER STATES WHEN DRIVING VEHICLE 70 MPH WHEN | |
| HITTING POT HOLE STEERING WHEEL GETS LOSING AND | |
| SMALL SHAKE | |
| Tech: KEN STOCK          (977) | Warranty |
| TEST DROVE VEHICLE VERIFY SHAKE OVER BUMPS AT HWY | |
| SPEEDS. PERFORM FOUR WHEEL ROAD FORCE AND WHEEL | |
| RUN-OUT TO FIND FRONTS BOTH AT 0.016 AND 0.0.018 | |
| AND BALANCE IS OK. REAR WHEELS ARE 0.007 AND | |
| 0.0012 ALL PASS. BALANCE REAR WHEELS AND ROAD | |
| TEST TO BANNING OVER BUMPS, PASSED. | |
| 1.5 | |
| **#2** - 99P: 99P - MULTIPOINT VEHICLE CHECK UP, SET AND DOCUMENT | |
| TIRE PRESSURE IN ALLTIRES | |
| MULTI POINT INSPECTION | |
| Tech: KEN STOCK          (977) | Internal |
| FRONT 60 PSI REAR 65 PSI | |
| **#3** - NOTIFIED: DATE AND TIME NOTIFIED OF COMPLETION | |
| **#4** - WASH: SERVICE COURTESY WASH | |
| **#5** * ADD: ADD ON LINE | |
| ADDED OPERATION | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| **LABOR** | |
| **PARTS** | |
| **DEDUCTIBLE** | |
| **SUBLET** | |
| **SHOP SUPPLIES** | |
| **HAZARDOUS MATERIALS** | |
| **SALES TAX OR TAX I.D.** | |
| **SPECIAL ORDER DEPOSIT** | |
| **DISCOUNTS** | |
| **TOTAL DUE** | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X





**Palm Springs Ford Lincoln Mazda**
69200 Hwy 111 • Cathedral City, CA 92234
(760) 328-2102

BAR# ARD003521
EPA# CAD981573991

| | | | |
|---|---|---|---|
| **R/O Open Date** | | **R/O Number** | |
| 4/29/20 | | 755551/2 | |
| **R/O Close Date** | | **Status** | |
| 5/04/20 | | Pre-Invoice | |
| **Mileage In** | | **Mileage Out** | |
| 35671 | | 35791 | |

SERVICE DEPARTMENT HOURS
7:00 a.m. to 5:30 p.m.
Monday - Friday
7:00 a.m. to 3:00 p.m. Saturday

Service Advisor / Tag #
GENARO RODRIGUE/6603

| | | | |
|---|---|---|---|
| DIAZ, ALBERT J | **Work Phone** | **Vehicle Identification Number** | |
| 1587 PINE CIR | 480-940-1986 | 1FT7W2BT4HEC63719 | |
| BANNING, CA 92220-1134 | **Home Phone** | **Delivery Date** | **In-Service Date** |
| | 951-840-7239 | 11/18/17 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2017 | FORD | F250 CREW CAB | | SHADOW BLA | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| CUSTOMER APPROVED VEHICLE TO BE DRIVING EXTEND IT DRIVE 12:15PM 04/30/20 | |
| #6 * FORDLOAN: PSM FORD RENTAL VEHICLE ADDED OPERATION | |
| Please Note: CREATED 2020-04-28 02:22:00PM TAKEN BY WALTER GALB RAITH | |

SCANNED

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X 



EXHIBIT "F"

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
Matthew M. Proudfoot
38 Discovery, Suite 200
Irvine, CA 92618
T: 949-753-0255

ATTORNEY(S) FOR: Defendant Ford Motor Company

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DIAZ, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware  Corporation, and DOES 1 through 20, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant FORD MOTOR COMPANY
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Albert Diaz | Plaintiff |
| | |
| Barry Law Firm | Attorney for Plaintiff |
| FORD MOTOR COMPANY | Defendant |
| Gates, Gonter, Guy, Proudfoot & Muench | Attorney for Defendant |

July 24, 2020
Date

/s/ Matthew Proudfoot
Signature
Matthew Proudfoot
Attorney of record for (or name of party appearing in pro per):

Defendant Ford Motor Company


American LegalNet, Inc.
www.FormsWorkFlow.com

1                    <u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

2  STATE OF CALIFORNIA, COUNTY OF ORANGE

3      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

      On **July 24, 2020**, I served the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action as set forth on the attached service list in the following manner:

**(  )**        **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

(  )        **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

(  )        **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

(  )        **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

(xxx)        **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to **dbarry@mylemonrights.com; equinn@mylemonrights.com; lpascal@mylemonrights.com; cshumake@mylemonrights.com; mhoerman@mylemonrights.com; jtemplin@mylemonrights.com; ahernandez@mylemonrights.com; vsalazar@mylemonrights.com** pursuant to Civil Procedure §1010.6(a)

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **July 24, 2020**, at Irvine, California.

                              _____
                                Heidi Dufour

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                          <u>SERVICE LIST</u>

**ATTORNEY FOR PLAINTIFF**
David N. Barry
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270w
Los Angeles CA 90064

*(Left margin, vertical text:)* Gates, Gonter, Guy, Proudfoot & Muench LLP · 38 Discovery, Suite 200 · Irvine, CA 92618 · (949) 753-0255

1

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

4

5

On **July 24, 2020**, I served the foregoing document described as **DECLARATION OF MATTHEW M. PROUDFOOT IN SUPPORT OF FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446** on the interested parties in this action as set forth on the attached service list in the following manner:

6

7

8

(   )          **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

9

10

11

12

13

(   )          **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

14

15

16

(   )          **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

17

18

(   )          **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

19

20

(xxx)          **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to **dbarry@mylemonrights.com; equinn@mylemonrights.com; lpascal@mylemonrights.com; cshumake@mylemonrights.com; mhoerman@mylemonrights.com; jtemplin@mylemonrights.com; ahernandez@mylemonrights.com; vsalazar@mylemonrights.com**  pursuant to Civil Procedure §1010.6(a)

21

22

23

24

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **July 24, 2020**, at Irvine, California.

25

26

Heidi Dufour

27

*********************************************************************

<u>SERVICE LIST</u>

28

**ATTORNEY FOR PLAINTIFF**
David N. Barry
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270w
Los Angeles CA 90064

GATES, GONTER, GUY,
PROUDFOOT & MUENCH LLP
38 DISCOVERY, SUITE 200
IRVINE, CA 92618
(949) 753-0255

1